Kathleen L. Wieneke, Bar #011139
Erin E. Byrnes, Bar #021015
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7858
kwieneke@jshfirm.com
ebyrnes@jshfirm.com

Attorneys for Defendant City of Phoenix

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| BYRON TENNEL LACY, an unmarried man, and DEBRA ANN FINLEY, his mother, BRAYVON T. LACY, minor child of Byron Tennel Lacy, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF MARICOPA; THE CITY OF PHOENIX; RONALD JONES and JANE DOE JOINES; PHILLIP KEEN, M.D. and JANE DOE KEEN; JOHN and JANE DOES I-X, in therir official and individual capacities as employees of the City of Phoenix and/or of the County of Maricopa; and BLACK and WHITE CORPORATIONS, <br><br>Defendants. | NO. CV06-2865-PHX-MEA <br><br>**MOTION FOR SUMMARY DISPOSITION** |

Defendant City of Phoenix, by and through undersigned counsel, and pursuant to Local Rule 7.2(i) and FED. R. CIV. PROC. 41(b), requests summary disposition of their pending Motion for Judgment on the Pleadings, based on Plaintiffs' failure to file any responding pleading to the Motion, as well as Plaintiffs' ongoing failure to comply with the Court's order that Plaintiffs indicate whether they consent to the Magistrate Judge's continued exercise of jurisdiction over this case.

1768840.1

Defendant filed their Motion for Judgment on the Pleadings on January 3, 2007. Any response Plaintiffs intended to file should have been filed by January 22, 2007. On January 4, 2007, the Court ordered Plaintiffs to file their response to Defendants' motion no later than thirty days from the date of the order, which would have been by February 6, 2007. As of the date of filing this request for summary disposition, Plaintiffs have yet to file any responsive document.

Pursuant to Local Rule 7.2(i), a plaintiff's failure to respond to a motion may be deemed a consent to the granting of the motion without further notice. See also, *Brydges v. Lewis*, 18 F.3d 651, 652 53 (9th Cir. 1994) (per curiam). In this case, Plaintiffs were specifically put on notice by the Court that they were to respond to the City's motion and the time frame for doing so. The City is entitled to dismissal of the claims against it because Plaintiffs have failed to comply with the Rules and the Court's directive.

Additionally, dismissal is appropriate as a sanction against Plaintiffs for their failure to file the appropriate documentation required by Local Rule 3.8(a.) and 28 U.S.C. § 636(b)(1)(A). The City consented to this case being heard by Magistrate Judge on December 21, 2006, but Plaintiffs have never filed a consent or request for reassignment. In fact, Plaintiffs have failed to either file their consent or elect reassignment, even after specifically being directed to do by the Court on three separate occasions—January 9, February 13, and March 19, 2007. In essence, Plaintiffs were given approximately three months in which to file the appropriate documentation pursuant to Local Rule 3.8, yet failed to do so. Additionally, Plaintiffs failed to appear before this Court at the Order to Show Cause hearing on April 9, 2006. Consequently, Defendants ask that the Court dismiss the City from this action with prejudice, pursuant to the Court's authority to do so under 18 U.S.C. § 401 and Rule 41(b), Fed. R. Civ. Proc.

1 | DATED this 19th day of April, 2007.

2 | JONES, SKELTON & HOCHULI, P.L.C.

4 | By /s/ Erin E. Byrnes
Kathleen L. Wieneke
5 | Erin E. Byrnes
2901 North Central Avenue, Suite 800
6 | Phoenix, Arizona 85012
Attorneys for Defendant City of Phoenix

8 | ORIGINAL of the foregoing e-filed this 19th day of April, 2007, with:

9 | and COPY mailed to:

10 |

11 | Byron Tennel Lacy
1914 East Chipman Road
Phoenix, Arizona 85040
12 | Telephone: 602-268-1294
*Plaintiffs in Propria Persona*

14 | Debra Finley, c/o Byron Lacy
1914 East Chipman Road
Phoenix, Arizona 85040

16 | Brayvon Lacy, c/o Byron Lacy
1914 East Chipman Road
Phoenix, Arizona 85040

18 | Lisa Stelly Wahlin
Civil Division
**MARICOPA COUNTY ATTORNEY'S OFFICE**
19 | 222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
20 | *Attorneys for Defendants Maricopa County and Keen*

21 |

22 | /s/ Anita Allmon

1768840.1                                   3